IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


In re

RONALD ASAY AND MARIA ASAY,

    Debtors

RONALD O. ASAY and MARIA R. ASAY,

    Appellants

v.                                                        Bankr. No. 05-10472 ML
                                                             Civ. No. 07-497 MV/RLP

PHILIP J. MONTOYA, Trustee and
UNITED STATES TRUSTEE,

    Appellees.

## ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation and neither party having filed objections thereto, the Court finds that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this appeal is dismissed.

IT IS SO ORDERED.

                                                                             Martha Vazquez
                                                                             Chief United States District Judge